**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| ARTEZ HAMMONDS, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )    Case No. 1:05-cv-831-MEF |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
|    Respondent. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT, and DECREE of the Court that Petitioner's petition for writ of habeas corpus (Docs. # 1, 6), brought under 28 U.S.C. § 2254, is DISMISSED with prejudice. Further, all pending motions are hereby DENIED AS MOOT.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Rule 58 of the *Federal Rules of Civil Procedure*.

DONE this 27th day of March, 2012.

                                                     /s/ Mark E. Fuller
                                        UNITED STATES DISTRICT JUDGE